382 A.2d 742

Commonwealth v. Ball, Appellant.

Submitted December 6, 1976.  Calvin S. Drayer, Jr., Assistant Public Defender, for appellant;  William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

382 A.2d 742

Commonwealth v. Banks, Appellant.

Submitted September 13, 1976.  Lewis S. Small, for appellant;  Eric B. Henson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., dissents for the reasons stated in *Commonwealth v. Darby,* 244 Pa.Superior Ct. 331, 368 A.2d 746 (1976).